UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JENICA L. WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:25-cv-103 |
| | ) | |
| CITY OF LIGONIER, and OFFICER | ) | |
| BRAYDON D. BECKER, #PE1097, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, City of Ligonier (hereinafter "City") and Officer Braydon D. Becker (hereinafter "Becker") (collectively "Defendants"), by counsel, remove this civil action from the Noble County Circuit Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 for the following reasons:

1.      A copy of the docket sheet for the Noble County Circuit action, with a copy of all current filings as of today, March 5, 2025, is attached hereto and incorporated herein as Exhibit "A."

2.      On February 5, 2025, Jenica L. Watkins (hereinafter "Plaintiff") filed a Complaint for Damages in the Circuit Court of Noble County, Indiana, styled as Jenica L. Watkins v. City of Ligonier and Officer Braydon D. Becker, #PE1097, under Cause No. 57C01-2502-CT-000004. Plaintiff's Complaint is attached hereto and incorporated herein as Exhibit "B."

3.      Plaintiff alleges that Defendants violated her constitutional rights.

Page 1 of 4

4. This Notice of Removal is being file within 30 days of Plaintiff's service of the initial pleading in this matter of Defendants and is therefore timely under 28 U.S.C. § 1446(b).

5. "A defendant may remove any civil action filed in state court over which federal district courts have original jurisdiction." Nelson v. Stewart, 422 F.3d 463, 466 (7th Cir. 2005) (citing 28 U.S.C. § 1441 and Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987)). "Federal district courts, in turn, have original jurisdiction over 'all civil actions arising under the Constitution, laws, or treaties of the United States.'" Id. (quoting 28 U.S.C. § 1331).

6. A federal court may "determine the presence or absence of a federal question by examining ... the plaintiff's well pleaded complaint," such that the case is removable if "a federal question appear[s] on the face of the complaint." Id. (citing Caterpillar Inc., 482 U.S. at 392; Bastien v. AT& T Wireless Servs., Inc., 205 F.3d 983, 986 (7th Cir. 2000)).

7. In Count I of her Complaint, Plaintiff claims Defendants violated Plaintiff's constitutional rights under the Forth and Fourteenth Amendments of the United States Constitution [Exhibit B, ¶¶10-11, 13] and First Amendment retaliation [Id., ¶¶11, 13].

8. In Count II of her Complaint, Plaintiff claims Defendant City of Ligonier has various unconstitutional practices, customs, procedures, or policies that violate the Fourth Amendment to the United States Constitution and that Defendant Becker acted consistent with these alleged policies as well as violated 42 U.S.C. § 1983 [Id., ¶¶16, 18, 23, 25].

9. As such, this case will necessarily involve an interpretation of the United States Constitution. Thus, a federal question appears on the face of Plaintiff's complaint.

10. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, because the Plaintiffs' allegations arise from and are part of the same case

or controversy as the federal questions. Therefore, this action is one which can be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (c).

11.    In accordance with 28 U.S.C. § 1446(a), Defendant has attached to this Notice of Removal a copy of all process, pleadings and orders served upon them in the state court action.

12.    This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Venue is proper in this District pursuant to 28 U.S.C. § 1441(a) because this District encompasses Noble County, wherein Plaintiff filed the state court action being removed. Defendants are serving Plaintiff's counsel with copies of this Notice of Removal and will serve notice of the removal upon the Clerk of the Court in the Noble County Circuit Court.

13.    Defendants expressly reserve its rights to raise all defenses and objections to Plaintiff's claims after the action is removed to this Court.

Respectfully submitted,

/s/ Jaime E. Lopez
Jaime E. Lopez, #21716-64
*Attorney for Defendants, City of Ligonier and Officer Braydon D. Becker, #PE1097*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 5th day of March 2025, I electronically filed the foregoing document using the Court's Electronic Filing System. I also certify that on the above date, the foregoing document was served upon the following person(s) via the Court's Electronic Filing System.

Christopher C. Myers
cmyers@myers-law.com
mgumina@myers-law.com
*Counsel for Plaintiff*

*/s/ Jaime E. Lopez*
Jaime E. Lopez, #21716-64

Selective Staff Counsel of Indiana
900 East 96th Street, Suite 425
Indianapolis, Indiana 46240
Office: (317) 815-4630
Direct: (317) 815-4663
Fax: (855) 515-8240